1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10

11   LAMILTON BRIGGS,                    Case No. 2:18-cv-04965-PSG (GJS)
12          Petitioner
                                         **ORDER ACCEPTING FINDINGS
13      v.                               AND RECOMMENDATIONS OF
                                         UNITED STATES MAGISTRATE
14   WARDEN, USP-VICTORVILLE,            JUDGE**
15          Respondent.
16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition ("Petition"),

18   all pleadings and other documents filed in this action, the Report and

19   Recommendation of United States Magistrate Judge ("Report"), and Petitioner's

20   Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P.

21   72(b), the Court has conducted a de novo review of those portions of the Report to

22   which objections have been stated.

23          Having completed its review, the Court accepts the findings and

24   recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1)

25   the Petition is DENIED; and (2) Judgment shall be entered dismissing this action for

26   lack of jurisdiction.

27   DATE:  _8/21/18_          _____

28                            PHILIP S. GUTIERREZ
                              UNITED STATES DISTRICT JUDGE