JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| LAMILTON BRIGGS, | Case No. 2:18-cv-04965-PSG (GJS) |
| --- | --- |
| Petitioner | |
| v. | **JUDGMENT** |
| WARDEN, USP-VICTORVILLE, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed for lack of jurisdiction.

DATE: 8/21/18

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE